**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**ROGER W. TITUS**  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND 20770  
301-344-0052

## M E M O R A N D U M

TO: Counsel of Record

FROM: Judge Roger W. Titus

RE: *United States of America v. Eric Goodall*  
Criminal No. RWT-13-0668

DATE: August 27, 2014

\* \* \* \* \* \* \* \* \*

At the request of the parties, a rearraignment and plea hearing is hereby scheduled for **September 9, 2014 at 2:00 p.m.** and the telephone status conference scheduled for September 3, 2014 is canceled.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

/s/  
Roger W. Titus  
United States District Judge